IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JUDITH MAYNARD,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION III, *et al.*,<br><br>    Defendants. | **ORDER TO SHOW CAUSE**<br><br>Case No. 2:07-cv-26 CW |

On September 25, 2009, Plaintiff filed a status report in this case notifying the court that it had presented oral argument to a panel of the Tenth Circuit in a related case, *Maynard v. Cannon, P.C.*, No. 08-4181 (with Utah District Court Number 2:05-cv-335). No activity has taken place in the present case since that status report.

The court has reviewed the docket of the related case and found that on November 10, 2010, the Tenth Circuit affirmed a grant of summary judgment against Ms. Maynard in the related case.

From the years-long lack of any action in this case, it appears that Plaintiff does not intend to prosecute this action further. The court will dismiss this action on May 16, 2011 unless Plaintiff shows cause why it should not due so before that date.

SO ORDERED this 4th day of May, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge